EMMA SAVARESE, APPELLANT, v. EDWARD F. FLECKENSTEIN ET AL., RESPONDENTS.

Argued October 17, 1934—Decided January 10, 1935.

For the appellant, *William Rubin.*

For the respondents, *Tumulty & Tumulty.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—CASE, BODINE, DONGES, KAYS, HETFIELD, DEAR, WELLS, JJ. 7.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, HEHER, VAN BUSKIRK, JJ. 4.